■ In the Matter of SARAH. TAMMY LEE P., Appellant. [679 NYS2d 922] —Order unanimously affirmed without costs for

reasons stated at Jefferson County Family Court, Hunt, J. (Appeal from Order of Jefferson County Family Court, Hunt, J.—Adoption.) Present—Pine, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.